## J. L. Hallford and B. L. Tockman, Appellees, v. Katharine E. Mohrmann et al. (J. E. Bairstow, Appellant.)

### Gen. No. 9,823.

opinion filed December 22, 1942; rehearing denied February 2, 1943. J. E. Bairstow, *pro se;* John V. Mooradian, of counsel; Herman M. Silverstein and Gerald C. Snyder, for appellees. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."